# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA HARKNESS, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | No. 19-5245 |
|     Defendant. | : | |

## **ORDER**

AND NOW, on June 15, 2020, upon consideration of Plaintiff Linda Harkness's Brief in Support of her Request for Review (doc. 12), the Commissioner's Response (doc. 15), and Harkness's Reply (doc. 16) it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for reconsideration in accordance with the accompanying Memorandum Opinion; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE